IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>THOMAS W. HIRD,<br><br>               Defendant. | 4:19CR3038<br><br>ORDER |

After conferring with counsel, the court finds defendant and defense counsel need additional time to review the voluminous discovery and prepare for trial. Accordingly,

    IT IS ORDERED:

1) Pretrial motions and briefs shall be filed on or before September 16, 2019.

2) Trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at **9:00 a.m.** on **October 21, 2019**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

3) The time between today's date and September 16, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

June 4, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge