IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3038 |
| vs. | |
| THOMAS W. HIRD, | ORDER |
| Defendant. | |

Before the Court is the request for transcript of SEALED hearing held on October 31, 2019

IT IS ORDERED:

1. The request for transcript, filing [25] is granted.

2. Thomas W. Hird, is advised that the cost of the transcript is $ 160.60 To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $160.60, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on October 31, 2019. A copy of this order should also be mailed to Thomas W. Hird.

DATED: November 12, 2019

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge