IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS W. HIRD, <br><br> Defendant. | 4:19CR3038 <br><br> **ORDER** |

Defendant has filed a motion challenging this court's "Personal and Territorial" jurisdiction. (Filing No. 37). Substantively, the pending motion is the same as Defendant's prior motion challenging personal jurisdiction. (See Filing Nos. 27 and 28).

As previously stated, (see Filing No. 31), because the motion is frivolous,

IT IS ORDERED:

1) Defendant's request for a hearing is denied.

2) Defendant's renewed jurisdictional challenge, (Filing No. 37), is denied.

Dated this 23rd day of January, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge