IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>THOMAS W. HIRD,<br><br>           Defendant. | **4:19CR3038**<br><br>**ORDER** |

The government has moved to continue the trial of this case, currently set for June 1, 2020, because due to the COVID-19 pandemic, trial preparation and travel between now and the trial date will be very difficult and potentially expose the government's counsel, the trial witnesses, and the defendant to the disease. Defendant does not oppose the requested continuance. The court finds the continuance should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion, (Filing No. 43), is granted.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on July 27, 2020, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice and public health considerations served by continuing the trial outweigh the interests of the public and the defendant in a speedy trial, and the time between today's date and July 27, 2020, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although the parties have been diligent, additional time is needed to adequately prepare this case for trial and to protect the public, court, parties, and counsel from illness. 18 U.S.C. § 3161(h)(1) & (h)(7).

Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 15th day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge