IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19CR3038 |
| vs. | |
| THOMAS W. HIRD, | ORDER |
| Defendant. | |

The trial of this case is now scheduled to commence on July 27, 2020. Defendant now moves to extend the pretrial motion deadline, (Filing No. 47), and to compel production of Rule 16 discovery, (Filing No. 48).

Defendant has provided no explanation for needing additional time to file pretrial motions. As to the motion to compel, the government states its Rule 16 discovery was promptly and fully disclosed to Defendant on a flash drive. When the defendant claimed the flash drive he received was blank, the government saved its discovery on another flash drive and delivered it to the undersigned magistrate judge to confirm that the government's documents were accessible and saved on the flash drive. After making this confirmation, the court mailed the flash drive to Defendant on January 9, 2020.

Defendant's motion to compel and several other filings were purportedly prepared with the assistance of "6th Amendment Counsel, Paul John Hansen." The court does not know if Hansen is a lawyer, and even if he is, Hansen is not admitted to practice in the District of Nebraska. Nonlawyers, and lawyers who are not admitted to this court's bar, are not permitted to represent parties before this court.

Accordingly,

IT IS ORDERED:

1) Defendant's motion for additional time to file pretrial motions, (Filing No. 47), is denied.

2) Defendant's motion to compel production of Rule 16 discovery, (Filing No. 48), is denied.

3) If Paul John Hansen is a lawyer, he shall enter his appearance as counsel for Defendant. If he is not a lawyer, he shall cease engaging in the unauthorized practice of law by purportedly representing the defendant in this case.

Dated this 29th day of May, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge