IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS W. HIRD,<br><br>        Defendant. | **4:19CR3038**<br><br>**ORDER** |

As requested in the government's motion, (Filing No.57), which is hereby granted,

IT IS ORDERED:

1) A telephonic Rule 17.1 conference will be held on the record at 11:30 a.m. on June 30, 2020 before the undersigned magistrate judge.

2) Defendant, defense standby counsel, and counsel for the government shall attend.

3) All parties and hearing participants will appear by teleconference using the following AT&T conferencing instructions:

    Dial 1-877-336-1828.
    Enter the access code 5957780, then hit the # key.
    Enter the security code: 3038

Dated this 17th day of June, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge