IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS W. HIRD,<br><br>    Defendant. | **4:19CR3038**<br><br>**ORDER** |

After conferring with counsel and with Defendant on June 30, 2020,

IT IS ORDERED:

1) Defendant's oral motion to continue the trial and set another status conference is granted.

2) Trial of this case is continued pending further order of the court.

3) A status conference will be held before the undersigned magistrate judge at 10:00 a.m. on July 27, 2020 by telephone. All participants shall use the conferencing information provided by the court, (see Filing No. 12), to participate in the call to discuss case progression and a potential trial setting. Defendant, defendant's stand-by counsel, and counsel for the government shall be present at the conference.

4) The court finds that the time between June 30, 2020 and July 27, 2020 is excluded under the Speedy Trial Act because although parties have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

July 24, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge