IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>THOMAS W. HIRD,<br><br>  Defendant. | **4:19CR3038**<br><br>**ORDER** |

Upon review of Defendant's motion to continue and the government's response,

IT IS ORDERED:

1) Defendant's motion, (Filing No. 77), is denied.

2) Trial of this case remains scheduled to commence on October 26, 2020.

Dated this 8th day of October, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.