IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>THOMAS W. HIRD,<br><br>                Defendant. | **4:19CR3038**<br><br>**ORDER** |

IT IS ORDERED:

1) Self-represented Defendant Hird's request to file documents using the court's CM/ECF system is granted.

2) The clerk's office shall process and approve his CM/ECF registration request.

Dated this 28th day of October, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge