IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>THOMAS W. HIRD,<br><br>     Defendant. | 4:19CR3038<br><br>**ORDER** |

As to Defendant's motion for a copy of the audio file of the October 31, 2019 hearing for withdrawal of counsel, (Filing No. 100),

IT IS ORDERED that upon receipt of $31.00 from Defendant on or before November 30, 2020, or $32.00 thereafter,[1] the clerk shall send a CD containing the audio recording, (Filing No. 22), and the sealed exhibits offered during that hearing (see Filing 23), to Defendant.

Dated this 12th day of November, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] The cost of obtaining court filings in an electronic format increases to $32.00 effective December 1, 2020.