IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Thomas W. Hird,<br><br>    Defendant. | 4:19-CR-3038<br><br>ORDER |

  The defendant has moved the Court to reconsider its ruling yesterday (filing 213) denying his "motion to extend time to report for detention" (filing 210). For the reasons stated in the Court's order, the motion to reconsider will be denied: the defendant simply does not meet the requirements set out in 18 U.S.C. § 3143(b)(1)(B) for granting such relief. If the defendant believes that ruling is incorrect, he may file a motion with the U.S. Court of Appeals for the Eighth Circuit pursuant to Fed. R. App. P. 9(b). If he is concerned about filing his appellate brief on time, he may ask the Eighth Circuit for an extension of time pursuant to Fed. R. App. P. 26(b).

  IT IS ORDERED that the defendant's motion to reconsider (filing 214) is denied.

  Dated this 16th day of September, 2021.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
United States District Judge
